# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR IVORY HOLDEN,<br><br>Defendant. | Case No.: 2:16-cr-48<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR OMAR IVORY HOLDEN (ID#) 6036057 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **OMAR IVORY HOLDEN** before the United States District Court at Las Vegas, Nevada, on or about Wednesday, 2/24/16 NJK, Courtroom 3C, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: February 17, 2016

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr- 48 |
| Plaintiff, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR OMAR IVORY HOLDEN |
| vs. | (ID#) 6036057 |
| OMAR IVORY HOLDEN, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **OMAR IVORY HOLDEN**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **OMAR IVORY HOLDEN** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **OMAR IVORY HOLDEN** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on Wednesday, 2/24/16 NJK, Courtroom 3C, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **OMAR IVORY HOLDEN** before the United States District Court on or about Wednesday, 2/24/16 NJK, Courtroom 3C, at the hour of 3:00 p.m., for

1 arraignment and from time to time and day to day thereafter until excused by the Court has
2 been ordered by the United States Magistrate or District Judge for the District of Nevada.
3     WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
4 Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,
5 Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding
6 them to produce the said **OMAR IVORY HOLDEN** before the United States District Court on
7 or about _____ Wednesday, 2/24/16 _____, at the hour of 3:00 p.m., for arraignment and
    NJK, Courtroom 3C
8 from time to time and day to day thereafter, at such times and places as may be ordered and
9 directed by the Court entitled above, to appear before the Court, and when excused by the said
10 Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas,
11 Nevada.

    DATED this 17th day of February, 2016.

    Respectfully submitted,

    DANIEL G. BOGDEN
    United States Attorney

    */s/ Phillip N. Smith, Jr.*
    PHILLIP N. SMITH, JR.
    Assistant United States Attorney