UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OMAR IVORY HOLDEN, ) <br> ) <br> Defendant. ) <br> ) | 2:16-cr-00048-GMN-PAL <br><br> ORDER |

This matter is before the Court on Defendant's Motion to Withdraw as Attorney of Record (ECF No. 39).

Defendant's current counsel, Assistant Public Defender Rebecca A. Levy, represents that the Federal Public Defender's office has a current conflict of interest thereby necessitating the need for her withdrawal from Defendant's case.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Attorney of Record is GRANTED.

IT IS FURTHER ORDERED that the Federal Public Defender for the District of Nevada's appointment is terminated and GIA A. McGILLIVRAY, ESQ. is appointed in their place for all future proceedings.

The Federal Public Defender shall forward the file to Ms. McGillivray forthwith.

DATED this __15__ day of December, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court