UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA



United States of America

Plaintiff,

vs.

Omar Ivory Holden

Defendant.

District No. 2:16-cr-00048-GMN-PAL

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On April 26, 2017 this court received transcript order form dated April 26, 2017 requesting Transcript of a hearing held on December 15, 2016 from Gia A. McGillivray, counsel for the Defendant in which a portion of the hearing is sealed.

**IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by Defendant's Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this __1__ day of __May__, 2017.

_____
GLORIA M NAVARRO
United States District Chief Judge