RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Omar Ivory Holden

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR IVORY HOLDEN,<br><br>Defendant. | Case No. 2:16-cr-00048-GMN-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Omar Ivory Holden, that the Revocation Hearing currently scheduled on August 18, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. Holden was ordered released to a Salvation Army housing and work program that incorporates a communications blackout for the first month, meaning that Mr. Holden cannot attend court dates or use a cell phone (though U.S. Probation is permitted to visit

him in person). (ECF No. 93.) Consequently, by the terms of the program, Mr. Holden cannot attend court on August 18, 2026.

2. In addition, defense counsel plans to be on leave during the time set for Mr. Holden's revocation hearing.

3. Additional time is also necessary for Mr. Holden to participate in the Salvation Army program and demonstrate his ability to comply with supervision.

4. The defendant is out of custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 5th day of August, 2026.

RENE L. VALLADARES
Federal Public Defender

By *<u>/s/ Rick Mula</u>*
RICK MULA
Assistant Federal Public Defender

TODD BLANCHE
Acting United States Attorney

By *<u>/s/ Robert Knief</u>*
ROBERT KNIEF
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OMAR IVORY HOLDEN,<br>Defendant. | Case No. 2:16-cr-00048-GMN-PAL<br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 18, 2026 at 9:30 a.m., be vacated and continued to October 20, 2026 at the hour of 9:00 a.m.

DATED this 5 day of August, 2026.

______________________________
UNITED STATES DISTRICT JUDGE